# Attachment A

FD-302 (Rev. 5-8-10)

-1 of 1-


OFFICIAL RECORD
Document participants have digitally signed.
All signatures have been verified by a certified FBI information system.

## FEDERAL BUREAU OF INVESTIGATION

Date of entry   10/14/2014

    KUTUB MESIWALA (MEISWALA), date of birth (DOB) ▮▮▮▮▮▮▮, was interviewed at his home located at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. After being advised of the identity of the interviewing Agents and the nature of the interview, MESIWALA provided the following information:

    MESIWALA was informed of the reason Agents were there to speak with him and MESIWALA agreed to talk to the Agents and invited them into his home. MESIWALA stated he was paid approximately $50-$200 per patient in cash from the owner of ADVANCE HOME HEALTH CARE SERVICES (ADVANCE), AMER EHSAN (EHSAN) in exchange for referring patients to ADVANCE. MESIWALA stated he was paid $50 per patient if the patient was referred to him by EHSAN and $200 per patient if the patient was an established patient of MESIWALA's. MESIWALA informed Agents that he was being paid by EHSAN for approximately three years. MESIWALA felt all of the patients he referred were in need of home health care, however added that some patients asked him to refer them for home health care. MESIWALA stated he thought if he didn't refer these patients for home health care they would find a new doctor who would refer them. MESIWALA stated he was paid by EHSAN at the ADVANCE office approximately once per month.

    MESIWALA stated he was the only employee at PROFESSIONAL CONSULTANTS, INC. and that his home address of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ was his only office. During the interview Agents saw patient referrals for home health care on the kitchen table, and MESIWALA showed Agents a black crate where he stated he kept all of his patient files.

    MESIWALA stated he currently refers a lot of patients to T.O.N.E. HOME HEALTH CARE, however he is not paid by T.O.N.E or any other company.

Investigation on 09/05/2014   at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ (In Person)

File # ▮▮▮▮▮▮▮▮▮▮▮   Date drafted 10/14/2014

by   CALLAGHAN THOMAS J, Barks Brandon

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.