UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

v.

D-14  KUTUB MESIWALA, M.D.,

      Defendant.
_____/

CASE NO. 13-CR-20892
HON: GEORGE CARAM STEEH

## PRELIMINARY ORDER OF FORFEITURE

Pursuant to Federal Rule of Criminal Procedure 32.2, Defendant Kutub Mesiwala's ("Defendant") guilty plea to Count One of the Second Superseding Indictment, Defendant's agreement to forfeiture in his Rule 11 Plea Agreement, the Plaintiff's Application for Entry of Preliminary Order of Forfeiture, and all information contained in the record,

IT IS HEREBY ORDERED THAT the Court shall GRANT and ENTER a money judgment against Defendant and in favor of the United States of America in the amount of $1,031,302.97.

IT IS FURTHER ORDERED that the money judgment may be satisfied, to whatever extent possible, from any property owned or under the control of Defendant.  To satisfy the money judgment, any assets that Defendant has now, or

1

may later acquire, may be forfeited as substitute assets under Title 21, United States Code, Section 853(p)(2).

   IT IS FURTHER ORDERED that pursuant to Federal Rule of Criminal Procedure 32.2, this Preliminary Order of Forfeiture shall become the Final Order of Forfeiture at the time of Defendant's sentencing, shall be made part of the sentence and included in the Judgment, and shall not be the subject of ancillary proceedings given that the forfeiture consists entirely of a money judgment.

   IT IS FURTHER ORDERED that the Court shall retain jurisdiction to enforce the Preliminary Order of Forfeiture and to amend it as necessary, pursuant to Federal Rule of Criminal Procedure 32.2(e).

**IT IS SO ORDERED.**

Dated: May 5, 2015    s/George Caram Steeh
                     HON. GEORGE CARAM STEEH
                     United States District Court Judge