UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,        No. 2:13-cr-20892

v.

                        Honorable George Caram Steeh

D-14 KUTUB MESIWALA,

        Defendant.
_____/

## STIPULATED ORDER TO ADJOURN SENTENCING DATE

The United States and Defendant Kutub Mesiwala, jointly stipulate and agree that the date for Defendant's sentencing be adjourned from September 5, 2017, until February 6, 2018.

Respectfully submitted,

/s/ Stephen Cincotta
Stephen Cincotta
Trial Attorney
U.S. Department of Justice
Criminal Division, Fraud Section
1400 New York Avenue, NW
Washington, DC 20005
Phone: 202-355-5625
Email: Stephen.cincotta@usdoj.gov
*Counsel for United States*

/s/ Martin E. Crandall (with consent)
Martin E. Crandall
500 Woodward Avenue, Suite 3500
Detroit, MI 48226
Phone: (313) 965-8413
Email: mcrandall@clarkhill.com
*Counsel for Defendant Kutub Mesiwala.*

Dated: August 14, 2017

**IT IS ORDERED** that Defendant's date for sentencing is adjourned from September 5, 2017, until February 6, 2018 at 2:30 p.m.

**SO ORDERED**

Dated: August 14, 2017

s/George Caram Steeh
Hon.  George Caram Steeh
United States District Judge