UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

D-14 KUTUB MESIWALA, M.D.,

    Defendant.
_____/

No. 2:13-20892

Honorable George Caram Steeh

## **STIPULATED ORDER ADJOURNING SENTENCING DATE**

The United States and Defendant Kutub Mesiwala jointly stipulate and agree that the date of Defendant's sentencing be adjourned from October 1, 2018 at 2:30 p.m. until February 28, 2018 at 2:30 p.m.

Respectfully submitted,

| | |
|---|---|
| /s/ Malisa Dubal (with consent) | /s/ Martin E. Crandall |
| Malisa Dubal | Martin E. Crandall |
| Assistant Deputy Chief | 500 Woodward Avenue, Suite 3500 |
| U.S. Department of Justice | Detroit, MI 48226 |
| Criminal Division, Fraud Section | Phone: (313) 965-8413 |
| 1400 New York Avenue, NW | mcrandall@clarkhill.com |
| Washington, DC 20005 | *Counsel for Defendant Kutub Mesiwala* |
| Phone: (202) 660-2001 | |
| Malisa.dubal@usdoj.gov | |
| *Counsel for United States* | |

Dated: September 12, 2018

Having considered the Stipulation of the parties, and the Court being fully advised of the circumstances,

**IT IS ORDERED** that the date of Defendant's sentencing be adjourned from October 1, 2018 at 2:30 p.m. until February 28, 2018 at 2:30 p.m.

Dated: September 14, 2018					s/George Caram Steeh
								Hon. George Caram Steeh
								United States District Judge