UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

                      Plaintiff,

v.                                            Case No. 2:13−cr−20892−GCS−RSW
                                                      Hon. George Caram Steeh

Kutub Mesiwala, et al.,

                      Defendant(s),

## NOTICE TO APPEAR

The following defendant(s) are hereby notified to appear:  Kutub Mesiwala

The defendant(s) shall appear before District Judge George Caram Steeh at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Room 767, Detroit, Michigan, for the following proceeding(s):

- SENTENCING:  May 25, 2021 at 12:30 PM

**ADDITIONAL INFORMATION:**    Parties must use the Lafayette Street entrance to enter the courthouse. Parties are advised not to appear earlier than 10 minutes prior to the hearing.

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                  By: s/Leanne Hosking
                                                      Acting in the absence of Brianna Sauve

Dated:  April 14, 2021