UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

                Plaintiff,

v.                                  Case No. 2:13-cr-20892-GCS-RSW
                                     Hon. George Caram Steeh

Kutub Mesiwala, et al.,

                Defendant(s),

## NOTICE TO APPEAR

The following defendant(s) are hereby notified to appear:  Kutub Mesiwala

The defendant(s) shall appear before District Judge George Caram Steeh at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Room 1067, Detroit, Michigan, for the following proceeding(s):

- STATUS CONFERENCE:  September 14, 2021 at 02:00 PM

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                              By: s/B Sauve
                                                  Case Manager

Dated:  August 27, 2021