UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

D-14 KUTUB MESIWALA, M.D.,

    Defendant.

_____/

Case No. 13-cr-20892

Hon. George Caram Steeh

## STIPULATED ORDER TO ADJOURN SENTENCING DATE

It is hereby agreed between the parties, in conjunction with a conference with the Court, that Defendant's December 9, 2021 sentencing at 10:00 a.m. shall be adjourned to January 13, 2022 at 2:00 p.m.

Respectfully submitted,

| | |
|---|---|
| Saima S. Mohsin<br>Acting United States Attorney | Clark Hill PLC |
| /s/ Shankar Ramamurthy (with consent)<br>Shankar Ramamurthy<br>Trial Attorney<br>United States Department of Justice<br>Criminal Division, Fraud Section<br>211 West Fort Street, Suite 2001<br>Detroit, MI 48226<br>(202) 924-5368<br>shankar.ramamurthy@usdoj.gov<br>*Counsel for United States* | /s/ Martin E. Crandall<br>Martin E. Crandall<br>500 Woodward Avenue, Suite 3500<br>Detroit, MI 48226<br>(313) 965-8413<br>mcrandall@clarkhill.com<br>*Counsel for Defendant Kutub Mesiwala* |

**IT IS ORDERED** that Defendant's sentencing is adjourned from December 9, 2021 at 10:00 a.m. until January 13, 2022 at 2:00 p.m.

Dated: December 3, 2021         s/George Caram Steeh
                                Hon. George Caram Steeh
                                United States District Judge